476 A.2d 76

Commonwealth v. Ortiz, Appellant.

Petition for Allowance of Appeal
Denied Aug. 30, 1984.

Submitted January 20, 1984. Ronold J. Karasek, for appellant; Domenic P. Sbrocchi, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

476 A.2d 76

Commonwealth v. Padden, Appellant.

Submitted January 20, 1984. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.